DAJUAN WILLIAMS #124345
Name and Prisoner/Booking Number

ARIZONA State PRISON Complex - Eyman
Place of Confinement

P.O. Box 3400 / SMU II
Mailing Address

Florence, AZ 85132
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| FILED ☒   LODGED ☐ |
| **Jul 01 2022** |
| CLERK U.S. DISTRICT COURT |
| DISTRICT OF ARIZONA |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

DaJuan Williams
(Full Name of Plaintiff),

Plaintiff,

v.

(1) County of Yuma,
(Full Name of Defendant)

(2) Leon N. Wilmot, Sheriff of Yuma County

(3) Sgt. Robert Arriola #D-12

(4) Lt. Michael Cooper #D-6,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV22-00154-Phx-MTL (CDB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Jury Trial Demanded

## A.  JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2.   Institution/city where violation occurred: Yuma County Detention Center ☒ Yuma, Arizona

Revised 3/11/16

1

**550/555**

1 of 30

5. Lts Duarte #D-5

6. Lts Gomez #D-3

7. Lts Guerrero #D-4

8. Lts Obcrosler

9. Captain Kelly D. Milner

10. Dr. Joyanne James, Psych Doctor

11. Nurse Bianca Acosta, LPN

12. Nurse Kimberly Vargas, RN

13. Sgt. T. Ruelle #D-25

14. Sgt. W. Walker #D-21

15. Yuma County Sheriff's Deputy Duarte #P-89

16. M. Figueroa #D-98, DO

17. J. Flores #D-42, DO

18. Sgt. C. Silva #D-29

19. Sgt. Martha Dominguez #D-61

20. Sgt. Eldie Harper, Jr. #D-11

21. Sgt. J. Hernandez #D-20

22. Sgt. Murray #D-92

23. SDO D. Perez #D-75

24. Sgt. Ramon Rendon #D-24

25. SDO Rivera

26. SDO Rodriguez #D-26

27. SDO Russom #D-80

28. Sgt. Saldaña #D-130

29. Sgt. Sanchez #D-16

30. Sgt. A. Serna #D-28

31.

2 of 30

A02 1-A

31. SDO Er Villa #D-168

32. Sgt. Villarreal #D-17

33. Sgt. Yañez #D-30

34. Dr. Vernon Chavez, MD.

35. Nurse Cyndy Cowan, LPN

36. ~~Nurse~~ Nurse Adrian Jr-Estrada, NP

37. Nurse Melissa galante, LPN

38. Medical Staff Wendy Lugo, BHC

39. Nurse MrShekend Nya Seuwa, RN

40. Nurse Stephanie Sesbeh, LPN

41. Nurse Olivia Wilson, RN

42. "DOES 1-50"

43.

44.

## B.  DEFENDANTS

1. Name of first Defendant: _County of Yuma_. The first Defendant is employed
as: _County of the State of Arizona_ at _City of Yuma, Yuma County Detention Center_
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _Leon N. Wilmot_. The second Defendant is employed as:
as: _Sheriff of Yuma County_ at _Yuma County Sheriff's office (YCSO)_
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _Robert ARRIOLA #D-12_. The third Defendant is employed
as: _Detention officer (DO), Sergeant (Sgt)_ at _Yuma County Detention Center (YCDC)_
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _Michael Cooper #D-6_. The fourth Defendant is employed
as: _DO, Lieutenant (Lto)_ at _YCDC_
   (Position and Title)                                    (Institution)

_( Continues on the following page )_

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _6_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _DaJuan Williams_ v. _Charles L. Ryan, et al._
      2. Court and case number: _CV10-2342-Phx-FJM(LOA)_
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _Dismissed_

   b. Second prior lawsuit:
      1. Parties: _DaJuan Williams_ v. _Sgt. Mooney, et al._
      2. Court and case number: _CV16-4059-Phx-DGC (CDB)_
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _Settled_

   c. Third prior lawsuit:
      1. Parties: _DaJuan Williams_ v. _Charles L. Ryan, et al._
      2. Court and case number: _CV17-1833-Phx-DGC (CDB)_
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _Appealed_
         _Pending Before 9th Circuit Court of Appeals, No. 20-17507_
         _(Continues on Page 7)_

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

| | | | |
|---|---|---|---|
| 5. Lt. ~~Sosa~~ Duarte #D-5 | DO | Lt | YCDC |
| 6. Lt. Gomez #D-3 | DO | Lt | YCDC |
| 7. Lt. Guerrero #D-4 | DO | Lt | YCDC |
| 8. Lt. Oberosler | DO | Lt | YCDC |
| 9. Kelly D. Milner | DO | Captain | YCDC |
| 10. Dr. Jayanne James | YCDC Medical Staff | Contract Psych Doctor | YCDC |
| 11. Bianca Acosta | YCDC Medical Staff | Licensed Practical Nurse (LPN) | YCDC |
| 12. Kimberly Vargas | YCDC Medical Staff | Registered Nurse (RN) | YCDC |
| 13. T. Ruelle #D-25 | DO | Sgt. | YCDC |
| 14. W. Walker #D-21 | DO | Sgt. | YCDC |
| 15. YCSO Deputy Duarte #P-89 | Sheriff Deputy | YCSO Deputy | YCSO |
| 16. M. Figueroa #D-98 | DO | DO | YCDC |
| 17. J. Flores #D-42 | DO | DO | YCDC |
| 18. C. Silva #D-29 | DO | Sgt. | YCDC |
| 19. Martha Dominguez #D-61 | DO | Sgt. | YCDC |
| 20. Eldee Harper, Jr. #D-11 | DO | Sgt. | YCDC |
| 21. J. Hernandez #D-20 | DO | Sgt. | YCDC |
| 22. Sgt. Murray #D-92 | DO | Sgt. | YCDC |
| 23. D. Perez #D-75 | DO | Senior Detention Officer (SDO) | YCDC |
| 24. Ramon Rendon #D-24 | DO | Sgt. | YCDC |
| 25. SDO Rivera | DO | SDO | YCDC |
| 26. SDO Rodriguez #D-26 | DO | SDO | YCDC |
| 27. SDO Russom #D-80 | DO | SDO | YCDC |
| 28. Sgt. Saldaña #D-130 | DO | Sgt. | YCDC |
| 29. Sgt. Sanchez #D-16 | DO | Sgt. | YCDC |
| 30. A. Serna #D-28 | DO | Sgt. | YCDC |

5 of 30

2-A

31. ExVilla #D-168         , DO         , SRO         , YCDC
32. Sgto Villarreal #D-17   , DO         , Sgt         , YCDC
33. Sgto Yañez #D-30        , DO         , Sgto        , YCDC
34. Vernon Chavez           , YCDC Medical Staff , Medical Doctor , YCDC
35. Cyndy Cowan             , YCDC Medical Staff , LPN         , YCDC
36. Adrian A Jo Estrada     , YCDC Medical Staff , Nurse Practitioner (NP)/Provider , YCDC
37. Melissa guiote          , YCDC Medical Staff , LPN         , YCDC
38. Wendy Lugo              , YCDC Medical Staff , Behavioral Health Analyst/Clinician (BHC) , YCDC
39. Mytherand Nya Seuva     , YCDC Medical Staff , RN          , YCDC
40. stephanie setset        , YCDC Medical Staff , LPN         , YCDC
41. Olivia Wilson           , YCDC Medical Staff , RN          , YCDC
42. "Does 1-50"             , YCDC Staff/Contract Employee(s) , , YCDC

6 of 30
2-B

( PREVIOUS Lawsuits continued )

d. Dajuan Williams vs Ernesto Trujillo, et als,   CV18-3239-Phx-SPL (CDB)'s Pending.

e. Dajuan Williams vs Sgt Wright #11379, et als,   CV19-5096-Phx-MTL-(CDB)'s Pending.

f. Dajuan Williams vs David Shinn, et als,   CV21-2151-Phx-MTL-(CDB)'s Pending.

7 of 30
2 - C

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _14th Amendment_

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Forced Injection(s)/Medication_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

The County of Yuma, by and through the Yuma County Detention Center (YCDC), has a custom policy or practice of allowing "non-medical" jail staff to determine, dictate, and/or otherwise control medical decisions regarding the health and welfare and medical care and treatment of pretrial detainees in the YCDC and/or of YCDC medical staff deferring to, and/or by acquiescence in allowing "non-medical" jail staff to make medical determinations and decisions concerning the health and welfare and medical care and treatment of pretrial detainees in the YCDC subjecting myself and like and similarly situated inmates (LSIs) to risk of serious and irreparable harm and/or to wanton and unnecessary pain and suffering.

Leon Wilmot is the Sheriff of Yuma County and as such, he has ultimate authority and responsibility for the promulgation and implementation of YCDC policies, procedures, customs, and practices and the overall management of the YCDC pursuant to ARIZ Const. art. XII §§ 3,4 × A.R.S. Title. 11, ch. 3, art. 4 and A.R.S. Title 31, ch. 1.

Captain Kelly Dr. Minnes is the Jail Commander of YCDC and is the authority in charge responsible for the policies, procedures, customs and practices in, and the day today operations of the YCDC and is the person directly responsible for, and superior to, all YCDC staff.

Lieutenant (Lts) Michael Cooper #D-1, × Lts. Duarte #D-5, × Lts gomez #D-3 × Lts guerrero #D-4, and Lts Obenchain are/were the authorities responsible for the operations of all YCDC sections, units, and divisions and the implementation and enforcement of all YCDC security policies, procedures, customs, and practices and the day to day control and management of the YCDC. Its populations. _(Continues on the following page)_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I was raped, physically and mentally: my body, my mind, my being, my essence, were invaded and contaminated and stripped away from me in the most invasive, inhumane, humiliating, and cruel and unusual way possible where I was completely helpless and at the mercy of my jailers. As I feared for my life. _(Continues on page 10)_

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

3

( Cont. I continues )

## 3. Supporting Facts (Continued)

— On or about July 8, 2020, the YCDC Contract Psych Doctor, Defendant Dr. Joyanne James and YCDC Nurses, Defendants Bianca Acosta, LPN and Kimberly Vargas, RN, acting under color of State Law, violated my 14th Amendment constitutional rights and ARS §§ 36-501, 31-127, and other applicable statutes, when she/they Recklessly, Sadistically, maliciously, and deliberately ordered, prescribed, or authorized the forced Injection(s) of my person, and/or physically Injected my person without my consent and against my will, with psychotropic and/or other unnatural mind altering drugs/medications, to wit: ordering Injections of "Benadryl 50mg IM Stat" and "Haldol 5mg IM Stat" every 6 hours for "X7 days," and/or injecting me with Benadryl and/or "diphenhydramine" and, Haldol and/or " Haloperidol " as a means of punishment and humiliation and without making any first hand professional examinations, evaluations, assessments, or other investigations of me or my person, my medical records and history, or my personal prison/jail/institutional records or files, and/or without any court order or any other due process, and when I was not mentally ill and/or suffering from any mental disorder and when I was not a danger to myself or others, and with no legitimate penological interest, violating my deeply and seriously held Native American religious beliefs and my rights to bodily privacy and bodily integrity and to the sanctity of my religious, moral, and cultural beliefs and values, and my way of life, without due process of Laws.

— On or about July 8, 2020, YCDC and YCSO officers, Defendants Sgt. Robert Arellla #D-12, Deputy Duarte #P-89, Sgt. T. Ruelle #D-25, and Sgt. W. Walker #D-21, acting under color of State Law, violated my 14th Amendment constitutional rights and other applicable statutes when he/they Recklessly, Sadistically, maliciously, and deliberately requested, ordered, supervised, and/or stood by and watched and/or failed to intervene to prevent, and/or physically participated in or assisted with — the forced injection(s) of my person with psychotropic and/or other unnatural mind altering drugs/medications as a means of punishment and humiliation, violating my deeply and seriously held Native American religious beliefs and my rights of bodily privacy and bodily integrity and to the sanctity of my religious, moral, and cultural beliefs and values, and my way of life, without due process of the Laws.

— At all times relevant Defendant County of Yuma and the Sheriff of Yuma County, Defendant Sheriff Leon N. Wilmot and YCDC officers, Defendants Captain Kelly D. McIver, Lt. Michael Cooper #D-6, Lt. Duarte #D-5, Lt. Gomez #D-3, Lt. Guerrero #D-4, and Lt. Oberhoser, acting under color of State Law, violated my 14th Amendment constitutional rights as a pretrial detainee when he/she/they failed to train or hire and/or, created, implemented,

(Count I continued)

3. **Supporting Facts** (continued)

promoted, encouraged, or condoned the customs, policies, practices, and procedures of allowing "non-medical" Jail staff to determine, dictate, and/or otherwise control medical decisions regarding the health and welfare and medical care and treatment of pretrial detainees in the YCDC,* and/or of YCDC medical staff deferring to, and/or being deliberately indifferent/complicit in allowing "non-medical" Jail staff to determine, dictate, and/or otherwise control medical decisions regarding the health and welfare and medical care and treatment of pretrial detainees in the YCDC,* and/or directly ordered, coerced, authorized or approved the unlawful forced injection(s) of my person with psychotropic drugs without due process, and/or failed to intervene in the violations of my rights,* Resulting in the authorization and/or determination by YCDC medical staff to forcefully inject my person with psychotropic and/or other unnatural mind altering drugs/medications based solely upon the orders, word, will, and desires of "non-medical" Jail staff without any medical staff making any first hand professional medical evaluations as defined pursuant to A.R.S. § 36-501,* and/or In "non-medical" Jail staff indirectly or personally ordering or coercing @ YCDC medical staff to proceed in any such manner as stated above.

4. **Injury** (continues from page 8)

I was furious, humiliated, anxious and apprehensive, stressed out and in shock over my treatment and the thoughts of what my Jailers would do to me next. I was rendered unconscious and lost all awareness and control of self and my bodily functions. I've developed an uncontrollable "tick" or "twitch" in my left, and sometimes right, eye lid that comes and goes at random that I did not have prior to this invasion of my person. I have lost self-confidence, self-respect, and suffered loss to my pride - my sense of who and what I am, continually questioning myself and my existence.

For the first time in my 44 years of life, I was seeing and under the care of a mental health professional while in the Jail, and due to reoccurring episodes/issues, I have continued seeing a mental health professional since my return to prison. I have been traumatized and irreversibly damaged. I now have trouble trying to focus and at times, experience states of shock and panic. I get anxious, easily aggravated and agitated, quick to anger and, find myself in states

( Count I Continues )

4. **INJURY** ( continues from previous page )

of extreme apprehension and confusion as to what I should be doing, unable to control my thoughts, emotions, and actions.

My Spirit has Been Broken & It is against my Native American Religion and my personal morals, values, and beliefs to put unnatural psychotropic or mind altering drug/medications into my Body and a certain peace of sanctity was stripped from me, and I have Lost — am no longer connected to, My Spirit. I have problems sleeping and am no longer able to control my Dreaming. My Mother passed away in September of 2020 & I should be able to "feel, see, hear" Her Spirit and to my external torment, detriment — I feel nothing.

## COUNT II

1. State the constitutional or other federal civil right that was violated: 1st Amendment 5 and Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 USC § § 2000cc et seq.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☒ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I hereby incorporate all statements of facts as stated above in count I as if stated herein. I was born in, and brought up in New Orleans, Louisiana, and I was raised in a rural neighborhood outside of Flagstaff, Arizona called Fernwood & the Coconino National Forest was my backyard growing up. Through my love and respect for Nature and my close Kinship and friendship with the Navajo and Hopi Native Americans I was raised with and around. I found my serenity and sanctity in the forest around me and in Native American spirituality as a teenager. Through my personal spiritual journey, sweat lodge ceremonies, and my spiritual teachers, I found and have been connected to my spiritual ancestors/guardians/guides — self since I was 13 years old.

I have a tattoo of the San Francisco Peaks, mountains sacred to the Navajo people, on my left arm out of respect for the spirits of my people and the land on which I was raised. Flagstaff, I have a Hawk tattooed on my left back shoulder that represents the spirit of my flesh, my guide and protector. Upon my arrival at the YCDC, I had a Dream Catcher necklace that was handmade and blessed and gifted to me in a personal ceremony by a person whom I love and, which I had not removed from around my neck in over 15 years. I have been incarcerated in the Arizona Department of Corrections ("ADC") since 1998, my Native American Religious affiliation is and has been documented in my prison file and records.

It is my belief that I am ONE with the spirits of my past present and future and in order to maintain my communion with the Earth, Nature, and the spirits, my body and mind must remain free and pure. Free of unnatural substances and influences of disrespectful thoughts and acts. (continues on the following page)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

I hereby incorporate all statements of facts and injuries as stated above in count I as if stated herein.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

4

( Count II continues )

**3. Supporting Facts** (Continued)

that desecrate the Earth, Nature, My Ancestors and Heritage — Honor Self, or the Spirits of it. It is imperative that I maintain control of my mind, body, and essence/spirit at all times — to be ONE with mine. Because of my beliefs, since I was 12 years old, I have refrained from partaking of any unnatural drugs into my body. I also do not and will not take any unnatural narcotic or other mind altering medications or prescriptions that directly interfere with control of my mind or body. For these very reasons, I have never in my life knowingly or willingly taken in any way shape or form, any type of psychotropic and/or other synthetic drugs or medications into my body that are designed to alter, suppress, or otherwise control your mind body or spiritual awareness.

— On or about July 8, 2020, the YCDC Contract Psych Doctor, Defendant Dr. Joyanne James and YCDC Nurses, Defendant Bianca Acosta, LPN and Kimberly Vargos, RN, acting under color of state law, violated my 1st Amendment Constitutional rights and the RLUIPA, 42 USC § 2000CC et Seq, and ARS §§ 36-501, 31-127 and other applicable statutes, when she/they committed any one or all of the acts — causing any one or all of injuries, as stated herein and above in Count I.

— On or about July 8, 2020, YCDC and YCSO officers, Defendants Sgt. Robert Arreola, Deputy Duarte, Sgt. T. Kvelle, and Sgt. W. Walker, acting under color of state law, violated my 1st Amendment Constitutional Rights and the RLUIPA, 42 USC § 2000 CC et seq, and other applicable laws and statutes, when he/they committed any one or all of the acts — causing any one or all of the injuries, as stated herein and above in Count I.

— At all times relevant Defendant County of Yuma and the Sheriff of Yuma County, Defendant Sheriff Leon N. Wilmot and YCDC officers, Defendants Captain Kelly D. Milner, Lt. Michael Cooper, Lt. Duarte, Lt. Gomez, Lt. Guerrero, and Lt. Derosier, acting under color of state law, violated my 1st Amendment Constitutional rights and the RLUIPA, 42 USC § 2000CC et seq, and other applicable laws and statutes, when he/she/they committed any one or all of the acts — causing any one or all of the injuries, as stated herein and above in Count I.

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _14th Amendment_

2. **Count III.** Identify the issue involved.  **Check only one.**  State additional issues in separate counts.

☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
☒ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I hereby incorporate all statements of facts as stated above in Counts I and II as if stated herein. On or about July 5, 2020, YCDC and YCSO officers, Defendants Sgt. Robert Arriaga, Deputy Ricardo, DO My Figueroa #D-98, DO Jr. Flores #D-112, Sgt. T. Ruelle, Sgt. C. Silva #D-79 and Sgt. M. Walker and DO Neese, Defendants Bianca Acosta, LPN and Kimberly Vargas, RN, all acting under color of state law, violated my 14th Amendment Constitutional Rights as a pretrial detainee to be free of Excessive, unreasonable, and unnecessary use of force when, with sadistic and malicious intent and/or as a means to punish my person for assaulting YCDC Staff, he/she/they shoved my face and body into and against the concrete slab bunk area, and/or tightly applied leg shackles to my ankles and/or 4 pair of handcuffs to my wrist and forearm, cutting off my circulation and/or preventing me from moving and, leaving me restrained in such a manner locked in my cell by myself and unable to avail water or to use the restroom or obtain any relief for 3 hours, and/or refused to relieve or readjust my restraints and/or to provide me with water and/or use the restroom and/or medical assistance after I made repeated requests, making them aware of my pain and needs, and/or force fully injecting me with psychotropic and/or other unnatural mind altering drugs/medications without my consent and against my will without and legitimate penological interest and/or without due process, and/or failed to intervene in any one or all of these violations of my constitutional Rights, when I was not resisting or failing to comply in any manner and/or had already been subdued, and/or when I was not screaming or yelling or otherwise causing any disturbance, and/or when I was not a danger to myself or others and/or when I was not suffering from any mental

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). disorder or illness. I hereby incorporate all statements of fact and injuries as stated above in Count I as if stated herein. I suffered severe bruising and lacerations to my wrist and ankles, I suffered injuries to my shoulder, lost range and normal motion and movement in my arm and shoulder for months following the incident. I spent 3 hours _(continues on the following page)_

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes    ☐ No

   b. Did you submit a request for administrative relief on Count III?     ☒ Yes    ☐ No

   c. Did you appeal your request for relief on Count III to the highest level?     ☒ Yes    ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

( Count III continues )

4. INJURY (continues from previous page)

on the floor of my cell in tears Because of the Severe and excruciating, torturous, pain that I was suffering in my arms, wrist, Legs, and ankles and throughout my Body — I could not even stand or move and I was Restrained in a manner that prevented any movement or stretching of my Body for any Relief. I could not drink, and had not had a drink of water for over 5 hours after spending an hour in a steaming hot shower and being dehydrated and, could not use the Restroom and suffered the internal risk of Being forced to "hold in" my Bodily Waste. I legitimately feared for my Life and Safety, I was humiliated, anxious and apprehensive, stressed out and in shock over my treatment and the thoughts of what my Jailers would do to me next.

# Count IV

1. 14th Amendment Violations

2. Conditions of Confinement — "Zero Items Status"'s

3. ## Supporting Facts

I hereby incorporate all statements of facts as stated above in Counts 1, 2, and 3 as if stated herein. The County of Yuma, by and through the YCDC, has a custom policy or practise of subjecting pretrial detainees to mental, physical, and psychological torture and abuse as punishment in the form of what is known as "zero items status" around the Jail. Inmates (I/ms) placed on "zero items" are placed in a cell with absolutely nothing, and/or have everything stripped from their cells, to include all property, linen, bedding, clothing, and mattress, as a form of punishment. Zero items status is not a part of the disciplinary process and placement on zero items is completely arbitrary and indefinite. There are no written rules or procedures describing the nature of, the criteria for, the method of placement on, or the procedures for removal from, zero items status. There is no type of "review" or hearing or notice process. I/ms on zero items status are deprived of sleep, forced to sleep and sit on a cold concrete slab with no type of bedding or covering or cushioning — for days, weeks, and months at a time. I/ms on zero items status are prohibited and restricted use of basic hygiene necessities such as soap, deodorant, lotion, and hair care products. I/ms on zero items status are deprived of equal treatment and the necessary food and daily calories and nutritional values to maintain health. I/ms on this status are fed a "sack lunch" — consisting of 2 luncheon meat sandwiches and a piece of fruit — for all meals, breakfast, lunch and dinner. All other I/ms in the Jail are generally fed two "hot," or "cooked," meal a day for breakfast and dinner consisting of 4 or more courses including vegetables and/or fruit and desert and/or milk and, the same sack lunch meal received by I/ms on zero items for lunch and which contains the lease amount of calories and nutritional values of the 3 daily meals. As such, I/ms on zero items status are fed a significantly lessor amount of calories than all other I/ms in the Jail as a means of punishment and a form of physical and mental torture. I/ms on zero items status are also prohibited all access to the telephone and all other communication devices and prohibited visits — including legal visits and legal calls with attorneys and, are prohibited the use of any writing utensils or stationary and cannot write or fill out any Jail required medical or

16 of 30

( Count III continues )

other request forms or write or send out any mail and all incoming mail — including legal mail, is withheld for the duration of zero items status as a form of physical and psychological punishment. Inmates on zero items status are locked down in their cells 24 hours a day 7 days a week and are deprived of all outdoor recreation (rec) and exercise and are not afforded any "out of cell time." At all times relevant between June 26, 2020 and into September of 2020 I was placed on, and/or maintained on in some way shape or form, "zero items status" as punishment following an alleged assault on staff by my person on June 26, 2020 and/or July 5, 2020. During this time all of my meals were required to be fed to me in the presence of a supervisor to ensure that I did not receive anything other than what was ordered by the Lieutenant(s). Although neither incident involved any food or meals or eating utensils, and despite the fact that all maximum custody inmates are fed on "rubber" or styrofoam trays with plastic or rubber sporks, I was served 60 straight sack lunch meals for breakfast, lunch, and dinner consisting of 2 lunchmeat sandwiches (which were handmade by the officers) and a fruit over a 20 day period as punishment, causing me to suffer severe hunger pains and particularly during the 13 hour period between dinner and breakfast where I was deprived of sleep and suffered significant weight loss and constipation and irregular/infrequent bowel movements, with blood in my stool, as a result. No other inmates housed in the same FI-SMU unit with me were subjected to this treatment. Although neither incident involved my mattress or bedding or "shower shoes" (flip flops footwear), I was forced to walk around on, sit and lay on, a cold concrete floor and slab in a cold cell without any footwear or proper clothing where I was constantly shivering and suffering from the cold temperatures, particularly at night where I was forced to curl up into a ball for warmth and was deprived of any external means of obtaining warmth as a means of physical and psychological torture. For nearly 2 months I was deprived of sufficient, adequate, and meaningful sleep where I was deprived of a mattress and forced to attempt to sleep on a cold concrete slab without any bedding (sheet or blanket). Laying and sitting on the cold concrete in any position for more than 5 minutes would cause my bones to hurt, forcing me to constantly move and/or to change positions and deprived me of any uninterrupted sleep. Over time, I suffered "bone bruising" where I could not sit or lay in certain positions for any period of time without suffering

( Count IV  continues )

significant pains I had have a pre-existing medical condition were I was diagnosed with a "Degenerative Joint Disorder" (DJD) in my lower spine and back sometime between 2008-2010 and, where I have been prescribed pain medication and back support belts/braces to assist with my condition and pain management for over 10 years. Being forced to sleep on concrete was causing me excruciating and debilitating pain and suffering and was contributing to the unnecessary aggravation and agitation of my medical conditions. I had also suffered a shoulder injury in the jail's July 8, 2020 ~~~~~ use of excessive force incident that was compounded by being forced to sleep on concrete and caused me unnecessary pain and suffering. I filed multiple grievances and grievance appeals (on 7/29/20, 8/20/20, 7/31/20, 10/4/20), and multiple medical request (on 7/9/20, 7/21/20, 8/10/2, 8/10/20, 8/22/20, 8/23/20) as well as, had multiple verbal conversations with jail supervisory and/or nursing/medical staff complaining of my treatment, my excruciating pain and suffering, and the violations of my constitutional rights. I was not allowed to use any hygiene products and at one point, received only 3 showers over a 21-day period and generally went 5 to 8 days between showers with no means of cleaning my face or body during these periods as I was not allowed any soap or a towel in my cell to wash up in my sink as punishment. During this time, the COVID-19 virus was spreading rampant through the jail amongst I/m's and staff alike, and I was wreaklessly being exposed to COVID in being deprived of reasonable and meaningful opportunities to maintain proper self ~~~~~ cleanliness and other hygienic protections. I was unable to wash, condition, comb, or otherwise properly maintain my hair. I suffered offensive body odors, itching and scratching of my body due to uncleanliness, and scratching, bleeding, and scabs in my head and hair due to my hair and braids being dirty and my scalp being dry and itching* I was unable to wash my hair as I ("Black people" in general) cannot wash my hair without placing conditioner in my hair after because my hair will then "nap-up" and become impossible to comb particularly, when I had/have no access to a "hair pic" or any other "wide tooth" style comb(s) as these items are not authorized in YCDC and, no access to hair grease or any other black hair care products. I suffered from anxiety over exposure to COVID and my treatment and a loss of self-respect and self-worth, and from depression

18 of 30

( Count IV continues )

and feelings of hopelessness, feelings of being detached from humanity and the real/outside world. For over 120 days, I was not given any outdoor rec or exercise and was not allowed any time out of my cell for any type of rec or exercise activities as punishment, I suffered severe mental stress and agitation and aggravation, depression and anxiety, causing me to lose control of my emotions and actions and to lash out and to engage in self destructive behavior. I suffered lethargy and muscle atrophy as a result of being confined in a small cell for 24 hours a day 7 days a week without any "out of cell" and/or outdoor rec or exercise. These conditions also contributed to unnecessary and wanton pain and suffer in my back and spinal conditions.

For approximately 45 days, all of my legal mail, as well as my personal mail, was withheld and not given to me. I was not allowed to write any mail or to contact anybody. I was deprived of all use of the telephone and was not allowed to make any legal or personal phone calls. I was not allowed any visitation, legal or personal. I was subjected to a complete and absolute denial of my 1st Amendment rights and deprived of any and all means to communicate with the outside world — my family or my criminal defense/civil attorney's and, I had no means to petition my government or to access the courts or the media, as a means of physical and psychological torture and punishment. This caused me significant stress, anxiety, anger, and agitation where I genuinely feared for my life and safety and could not contact or notify my family and/or reach out for help and where I knew I was missing court deadlines and other legal obligations with all of my legal mail being withheld and my having no way to access the courts. My Mother's health severely declined during this period and she passed away in September 2020, because I had no means of communicating with my family, I was never made aware of the circumstances and my Mother's declining health and was deprived of the opportunity to talk to, or to write to, my Mother one last time before she passed away. This has caused me untold suffering and severe depression, stress, loss of sleep, and a depreciation for life.

At all times relevant between April 9, 2021 into June 2021 I was placed on, and/or

( Count IV continues)

maintained or in some way shape or form, "zero item status" as punishment following an alleged incident of being found in possession of contraband. In addition to the facts stated above, I was left in my cell completely naked for 6 hours on April 12, 2021 and was walking around my freezing cold cell barefoot for nearly 30 days, and was denied proper clothing from that point on as punishment. I was denied a mattress or any blanket or bedding for almost 20 days as a means of physical and psychological punishment. I also missed numerous court deadlines over the 4 active cases I had going on at the time in which I was self-represented, including my criminal matter and, the Jail was willfully in violation of at least 3 seperate court orders in their actions at the time. I filed numerous grievances and grievance appeals (multiple on 5/6/21, 5/13/21, 5/25/21, 5/26/21 & 7/1/21), and medical request (on 4/14/21, 4/17/21, 4/21/21, 4/22/21) as well as, had multiple verbal conversations with Jail supervisory and/or nursing/medical staff complaining of my treatment, my excruciating pain and suffering, and the violations of my constitutional rights. At all times relevant between November 8, 2021 and November 22, 2021, I was left in my cell with no blanket or footwear as punishment following a "cell entry" where I allegedly refused to surrender handcuff restraints. I was forced to walk around on an ice cold floor barefoot and forced to curl up into a ball, tucking my arms inside of my shirt sleeves, for warmth and to protect myself from the extremely cold temperatures of my cell — particularly at night and through the early morning hours. When I filed a grievance on 11/14/21 concerning my treatment, pain and suffering, and the violations of my constitutional rights, I received a response stating that I was left with a pair of socks and that I should be grateful that my mattress was not also taken from me.

— At all times relevant Defendant County of Yuma and the Sheriff of Yuma County, Defendant Sheriff Leon N. Wilmot and YCDF officers, Defendants Captain Kelly D. Milner, Lts Michael Cooper, Lts Duarte, Lts Gomez, Lts Guerrero, and Lts OBerøster, acting under color of State Law, violated my 14th Amendment constitutional rights as a pretrial detainee to be free of cruel and unusual punishments when he/she/they created, implemented, promoted, enforced or caused to be enforced,

( Count IV continues )

encouraged, or condoned the customs, policies, practices, and procedures of "Zero Items" status, and the acts/actions therein as stated above, in the YCDC; and/or ordered, authorized, recommended, approved, or agreed or condoned my placement on "Zero Items" status, and the acts/actions therein as stated above.

At all times relevant Defendants Sgt. Robert Arriola, Sgt. Martha Dominguez #D-61, Sgt. Eldee Harper, Jr. #D-11, Sgt. Jr. Hernandez #D-20, Sgt. Murray #D-92, SDO D. Perez #D-75, Sgt. Ramon Rendon #D-24, SDO Rivera, SDO Rodriguez #D-86, Sgt. Jr. Ruelle, SDO Ressom #D-80, Sgt. Saldana #D-130, Sgt. Sanchez #D-116, Sgt. A. Serna #D-28, Sgt. C. Stray, SDO E. Villa #D-168, Sgt. Villarreal #D-17, Sgt. W. Walker, Sgt. Yanez #D-30 and YCDC Medical Staff, Defendants Dr. Vernon Chavez, Cyndy Cowan, LPN, Adrian J. Estrada, NP, Melissa galate, LPN, Wendy Lugo, BHC, Mother and Nya Seciria, RN, Stephanie Seibel, LPN, Kimberly Vargas, RN, and Olivia Wilson, RN, and "DOES 1-50", all acting under color of state law, were staff members present and/or whom made or authorized decisions at all times relevant and each violated my 14th Amendment constitutional Rights as a pretrial detainee to be free of cruel and unusual punishments when he/she/they created, implemented, promoted, enforced or caused to be enforced, encouraged or condoned the customs, policies, practices, and procedures of "Zero Items" status, in the YCDC; and/or ordered, authorized, recommended, approved, agreed or condoned my placement on "Zero Items" status; and/or personally acted, and/or directed others to act in committing any one or all acts/actions as stated above herein; and/or failed to intervene or act to remedy and/or to provide any type of relief and/or medical care and treatment for any one or all of the conditions and violations of my constitutional Rights as stated above herein.

## 4. INJURY

I hereby assert all injuries as stated above herein as to this Count. The stated conditions caused me to become depressed and anxious, stressed out and to suffer bouts of anger, frustration, hatred, and thoughts of hurting others. I loss cognitive consciousness and at times, was unable to focus or control my thoughts. I cannot keep track of, loss track of, days and time and

( Count II continues )

suffer gaps in my memory. The combination of sleep deprivation and consistant hunger pains caused me to become lethargic and to experience spells of delirium and left me with feelings of unworthiness and sub-humanistic thoughts.

5. Administrative Remedies :

a. Yes,   b. Yes,   c. Yes,   d. N/A

# Count V

1. 1st Amendment Violations

2. Complete Denial of Communication — Mail/Phone/Visits.

3. **Supporting Facts**

I hereby Incorporate all statements of fact as stated above in Count 4 as if stated herein

— At all times Relevant Defendant County of Yuma and the Sheriff of Yuma County, Defendant Sheriff Leon N. Wilmot and YCDC officers, Defendants Captain Kelly D. Milner, Lt. Michael Cooper, Lt. Duarte, Lt. Gomez, Lt. Guerrero, and Lt. Obregon, acting under color of state Law, with the intent to punish me and to mentally and psychologically torture and abuse my person and, to cover up or prevent discovery of the acts being committed against my person and/or to deprive me of a fair criminal trial process and/or access to courts as a form of punishment, violated my 1st Amendment Constitutional rights of freedom of speech, expression, and association and to communicate with the outside world, to access the media, to petition my government, or to access the courts when he/she/they created, implemented, promoted, enforced or caused to be enforced, encouraged or condoned the customs, policies, practices, and procedures of "Zero Items" status, and the acts/actions therein as stated above in Count 4, in the YCDC, and/or ordered, authorized, recommended, approved, agreed or condoned my placement on "zero Items" status, and the acts/actions therein as stated above, and/or failed to intervene in any one or all of the violations of my constitutional rights

— At all times Relevant Defendants Sgt. Robert Arriola, Sgt. Martha Dominguez, Sgt. Eldee Hopper Jr., SDO Dr. Perez, Sgt. Ramon Rendon, SDO Rivera, SDO Rodriguez, Sgt. Tj Ruelle, SDO Russom, Sgt. C. Silva, SDO E. Villa, Sgt. W. Wheeler, and Sgt. Yanez, and "Does 1-50" acting under color of state Law, were staff members and/or responsible present at all times Relevant and each acted with the intent to punish me and to mentally and psychologically torture and abuse my person and, to cover up or prevent discovery of the acts being committed against my person and/or to deprive me of a fair criminal trial process and/or access to courts as a form of punishment, violated my 1st Amendment Constitutional rights of freedom of speech, expression, and association and to communicate with the outside world, to access the media, to petition my government, or to access the courts when he/she/they created, implemented, promoted, enforced or caused to be enforced, encouraged or condoned the customs, policies, practices, and procedures of "zero Items"

( Count V continues )

Status and the acts/actions therein as stated above in Count 4, in the YCDC, and/or ordered, authorized, recommended, approved, or agreed or condoned my placement on "zero items" status, and/or personally acted, and/or directed others to act, in withholding my incoming mail and/or preventing me from writing or sending out any outgoing mail and/or denying me access to the telephone, kiosk, or electronic tablets communication devices and/or denying me any visitation, and/or failed to intervene or act to remedy and/or to provide any type of relief for any one or all of the conditions and violations of my constitutional rights as stated above in Count 4 herein.

## 4. INJURY

I hereby incorporate all statements of fact and injuries as stated above in Count 4 as if stated hereby. I was being tortured, abused, and severely mistreated — my life, my physical and mental health and well-being were recklessly, sadistically, and maliciously placed in jeopardy, repeatedly, and I had no lawful or meaningful way to protect myself or to contact or notify my family, my attorney, the media, my government, or the courts to bring awareness to the unlawful acts or conditions or to seek help, relief or asylum. I was stripped of all of the very protections the 1st Amendment was enacted to protect and guarantee to all American citizens.

## 5. Administrative Remedies

a. Yes,   b. Yes,   c. Yes,   d. N/A

# Count VI

1. 1st Amendment Violations

2. Denial of Access to Courts

3. **Supporting facts**

I hereby incorporate all statements of facts as stated above in Counts 4 & 5 as if stated herein. Facts in common to my claims from June 26, 2020 into December 2020.

On April 17, 2020, I was transferred from the Arizona Department of Corrections (ADC) to the YCDC to await trial on a criminal indictment handed down in March of 2020 out of the Yuma County Superior Courts. At that present time, I was self-represented in 3 different on-going legal matters in the Arizona District Courts: Williams v. Ryan, CV17-1833-Phx-DGC (CDB) ("Ryan"); Williams v. Trujillo, CV18-3239-Phx-MTL (CDB) ("Trujillo"); and Williams v. Whyat #11379, CV19-5096-Phx-MTL (CDB) ("Whyat").

I immediately began inquiring about the Law Library and legal services of the Jail explaining that I needed to file "change of address" motions and to get legal copies as soon as possible. Apparently the jail was unfamiliar with these types of request and no system was in place to efficiently accommodate my request and it would be 3 weeks before I was finally able to get any type of assistance and to get copies and access the Law Library. For approximately 45 days, the Jail would willfully and vindictively withheld all of my legal mail/property/documents between June - August 2020 in spite of the multiple grievances I filed and conversations I had with Jail staff and supervisors about the Jail intentionally interfering and impeding my access to courts and legal proceedings. The Jail prohibited me use of any paper or writing materials and while my grievances and medical request were written for me by staff, staff would not write or file any legal documents for me. I was prohibited all access to a telephone and I could not write or call anyone or about the courts or interested parties to my circumstances and when I was able to get a message to my then criminal defense attorney, Robert Trebilcock, through another I/M, the Jail denied Mr. Trebilcock's request for a legal visit with me; the Jail then took steps to prevent me from getting any messages to my attorney or family by removing all other I/Ms from the F1-SMU 1 unit, leaving me in the unit by myself completely alone and isolated. In August 2020, the Jail implemented new restrictions regulating the F1-SMU 1 unit to the use of a "rubber pencils" as the only means of a

( Count VI continues)

writing utensil. This further impeded my access to courts where & Because the "Lead" of the RUBBER pencil "flopped" around whenever any type of pressure was applied, I was unable to write Legibly or "deep" enough to enable my documents to be easily read and the Lightness of my documents also prevented them from being "scanned" Despite multiple grievances and appeals, and my showing Jail Administrators, supervisors, and staff the Letters from the District and Superior Court Clerk's offices Rejecting my pleadings because they were "to light," the Jail willfully and vindictively continued to restrict my access to a writing utensil to the Rubber pencil. This condition continued until December 2020 where the Yuma County Superior Court ordered the Jail to provide me access to a Ink pen filler. Although I would not find out until June/July 2021 & Several Legal documents that I had filed during this time of use of the Rubber pencil had Seemingly "disappeared" as they were never filed with the courts or returned to me. It would turn out that these documents were withheld from me by the Jail and placed into my "Admitting Bin" in Booking without notice or explanation. The Jail also refused to provide me with manilla, or Large sized, envelopes or postage during this time without a "court order" to do so while, at the same time, restricting me access to the Jail's commissary to purchase these items on my own.

Facts in common to my claims from April 9, 2021 into June 2021 &

For approximately 30 days, the Jail would willfully and vindictively withhold all of my Legal mail/property/documents and restrict my access to any writing materials and all "Law Library" services. I would also be prohibited all access to a telephone or Legal visits. At that time, there were 3 active court orders issued out of the Yuma County Superior Court ordering that I be given needed and necessary Legal supplies and that I be given access to Legal Research/Reference materials, by the Jail and, that I have access to a telephone 7 days a week for a minimum of 1 hour; and the Jail was willfully in violation of these court orders in their actions. I filed numerous grievances/Appeals and had multiple discussions with Jail supervisory staff concerning the intentional deprivation of my access to courts and the unlawful conditions.

( Count VI continues )

U.S. District Court & Williams v. Whyte #11399, CV19-5046-Phx-MTL (CDB):

June - December 2020 Injuries: The Scheduling Order issued in this case May 20, 2020, due to my transfer, I was forced to make several request to the courts for documents to enable me to begin, and to meaningfully engage in, discovery. On July 6, 2021, the court issued an Order granting my request and providing the necessary documents; due to the Jail's actions, I would not receive or become aware of the court's order until August 10, 2020. I loss out on valuable time to engage in discovery and to prepare my cases. Due to a combination of dealing with issues concerning the use of a rubber pencil and, trying to reconcile approaching deadlines and pleading "excusable neglect" and prays for relief across multiple cases as a result of the Jail's actions, it would be October 2020 before I was able to successfully get my 1st discovery request filed. My request for Leave to amend, as well as my request to extend discovery deadline, would ultimately be denied for, among other things, "Lack of diligence" in pursuing discovery and "Legal delay" issues in spite of the fact that this was directly attributed to the actions of the Jail.

April - June 2021 Injuries: I had a April 19, 2021 deadline to file my objections to the Magistrate's order denying my motion to compel discovery; I had a April 30, 2021 deadline to file my response to the Defendant's motion for Summary Judgement — I was prevented from meeting either deadline. While my untimeliness in failing to respond to the Defendant's motion for Summary Judgement was ultimately excused, my failure to timely file objections to the Magistrate's order was not excused, causing my to lose my right of review on Appeal.

U.S. District Court & Williams v. Trujillo, CV18-3239-Phx-MTL (CDB):

June - December 2020 Injuries: The Defendants' served their Responses to my interrogatories and request for production and video documentation in June 2020; due to the Jail's actions, I would not receive or become aware of these Responses until on or about August 10, 2020. I would ultimately lose out on my right to file objections or follow-up interrogatories or motions to compel as my request for excusable neglect and to extend discovery deadlines would be denied.

27 of 30

( Count VI continues )

U.S. 9th Circuit Court of Appeals: Williams v. Ryan, No. 20-17507:

April - June 2021 Injuries:

I had a May 26, 2021 deadline to file my opening brief, pro se, which I was unable to meet due to the actions of the Jail and the resulting complications, burdens, and prejudices.

ARIZONA Court of Appeals: Williams v. Hon. Brandon S. Kinsey, No. 1CA-SA-21-0064: ARIZONA Supreme Court, No. CR-21-0271-PR:

April - June 2021 Injuries: On April 15, 2021, the Arizona Court of Appeals issued an order accepting Special Action Jurisdiction and denying relief. I had a April 30, 2021 deadline to file my motion for reconsideration and/or, a May 15, 2021 deadline to file a petition for review with the ARIZONA Supreme Court. Due to the Jail's actions, I was unable to timely meet either deadline.

U.S. District Court: Williams v. Shinn, CV-21-2151-PHX-MTL (CDB):

In December 2021, after being unable to obtain the appropriate and required 'Application to Proceed on forma Pauperis by a prisoner' form on my own, I requested to be provided this form by the Jail. Sgt. Dominguez denied my request stating that the Jail does not provide legal forms and that I should contact my legal counsel for the forms. I explained that I was self represented and that by law, the Jail was required to provide forms necessary to access the courts. Sgt. Dominguez continued to deny my request. Ultimately, my request to proceed in forma pauperis was denied for failure to use the appropriate required form.

— At all times relevant, Defendant County of Yuma and the Sheriff of Yuma County, Defendant Sheriff Leon N. Wilmot and YCDC officers, Defendants Captain Kelly D. McNeil, Lt. Michael Cooper, Lt. Duarte, Lt. Gomez, Lt. Guerrero, and Lt. Oberfoster, acting under color of state law, violated my 1st Amendment Constitutional rights of freedom of speech, expression, and association and to communicate with the outside world, to access the media, to petition my government, and to access the courts when he/she/they failed to implement policies affording IPCims in YCDC reasonable and timely access to law/legal library services and/or legal copies, postage, and other legal materials or court

28 of 30

( Count VI continues )

approved/required forms; * and/or when he/she/they committed any one or all of the acts—causing any one or all of the injuries as stated herein and above in counts 4 and 5.

— At all times relevant, YCDC officers Defendants Sgt. Robert Arratia, Sgt. Marta Dominguez, Sgt. Eldee Harper, Jr., SDO D. Perez, Sgt. Ramon Rendon, SDO Rivera, SDO Rodriguez, Sgt. To Rivelle, SDO Ruseom, Sgt. C. Silva, SDO Es Villa, Sgt. W. Walker, and Sgt. Yanez and "DOES 1-50" acting under color of state law, violated my 1st Amendment constitutional rights of freedom of speech, expression, and association and to communicate with the outside world, to access the media, to petition my government, and to access the courts when he/she/they committed any one or all of the acts — causing any one or all of the injuries as stated herein and above in Counts 4 and 5.


4. INJURY

I hereby incorporate all statements of fact and injuries as stated above herein, and above in Counts 4 and 5 as if stated herein.

I suffered untold, undue, burdens and prejudices across 5 seperate legal matters — criminal and civil, where I loss out on valuable and precious time in preparing, prosecuting, and defending my cases and actions where I was repeatedly forced to waste valuable time and resources seeking reliefs in untimeliness' and loss out on viable entitlements, claims, and defenses and tactical advantages and, was deprived of a fair and impartial criminal and civil trial process as a result of the interference, barriers, and impediments erected/caused by the YCDC.


5. Administrative remedies:

a. Yes, b. Yes, c. Yes, d. N/A



29 of 30

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Defendant Sheriff Leon N. Wilmot to be sued in his Official Capacity only as to all counts relevant for Declaratory, and/or Injunctive, and/or Punitive Damages, and/or other equitable reliefs as to each and every violation of my Constitutional Rights by YCDC and all Defendants.

All other Defendants are sued in their Individual Capacities as to all counts relevant for Nominal, and/or Compensatory and/or Physical, Psychological, Mental and Emotional Injuries Pain and Suffering, and/or Punitive Damages for a sum total of $5,000,000.00 (Five-million dollars) and in their Official Capacities as to all counts relevant for all prospective reliefs as stated above.

I respectfully pray that my Pro Se prisoner complaint be "Liberally Construed" and that this court issue forth any other such orders and reliefs that it deems to be fair, just, and appropriate in the interest of Justice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____June 30, 2022_____           ~~~~~~~~~~~~~~~~~~~~
               DATE                                SIGNATURE OF PLAINTIFF

_____N/A_____              Handed to Prison Officials for E-file
(Name and title of paralegal, legal assistant, or       on __June 30, 2022____
other person who helped prepare this complaint)

_____N/A_____
(Signature of attorney, if any)

_____N/A_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

30 of 30