**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| DaJuan Torrell Williams,<br><br>            Plaintiff,<br><br>v.<br><br>Yuma County, et al.,<br><br>            Defendants. | No. CV 22-00154 PHX MTL CDB<br>No. CV 22-01118 PHX MTL CDB<br>No. CV 22-01120 PHX MTL CDB<br>No. CV 22-01163 PHX MTL CDB<br><br>**ORDER** |

Plaintiff is pro se and proceeds *in forma pauperis* in this prisoner civil rights matter. Defendants Defendants Quiroz, Espinoza, Yuma County, Sheriff Wilmot, Milner, Cooper, A. Duarte, Gomez, Guerrero, and Oberosler have filed a motion (ECF No. 162) seeking judgment as a matter of law pursuant to Rule 56 of the Federal Rules of Civil Procedure, with regard to the remaining claims against these Defendants.[1]

**NOTICE--WARNING TO PLAINTIFF**

**THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT[2]**

Defendants' Motion for Summary Judgment seeks to have your claims denied as a matter of law. Rule 56 tells you what you must do in order to oppose a motion for summary judgment.  Generally, summary judgment must be granted when there is no genuine issue of material fact – that is, if there is no real dispute about any fact that would affect the result

---

[1] The remaining claims are portions of Count Six and Count Seven in *Williams v. Yuma County*, 2:22-cv-1120 MTL (CDB).

[2] *Rand v. Rowland*, 154 F.3d 952, 962 (9th Cir. 1998).

of your case and the party who asked for summary judgment is entitled to judgment as a matter of law.

When a motion for summary judgment is properly supported by declarations or other sworn testimony, you cannot simply rely on the allegations in your complaint. Instead you must assert specific facts established by declarations, depositions, answers to interrogatories, or authenticated documents, that contradict the facts presented by Defendants, thereby showing there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition to Defendants' statements of fact, summary judgment may be entered against you.

Rule 56.1 of the Local Rules of Civil Procedure requires you to include a separate statement of facts in opposition to Defendants' motion for summary judgment as a part of your response to that motion. Your separate statement of facts must include numbered paragraphs corresponding to the Defendants' separate statement of facts at ECF No. 163:

> (b) Any party opposing a motion for summary judgment must file a statement, separate from that party's memorandum of law, setting forth: (1) for each paragraph of the moving party's separate statement of facts, a correspondingly numbered paragraph indicating whether the party disputes the statement of fact set forth in that paragraph and a reference to the specific admissible portion of the record supporting the party's position if the fact is disputed; and (2) any additional facts that establish a genuine issue of material fact or otherwise preclude judgment in favor of the moving party. Each additional fact must be set forth in a separately numbered paragraph and must refer to a specific admissible portion of the record where the fact finds support.

LRCiv 56.1(b).

In your memorandum of law in response to Defendants' motion you must cite to the specific paragraph in your statement of facts that supports any factual claims you make in your memorandum:

> (e) Memoranda of law filed in support of or in opposition to a motion for summary judgment, including reply memoranda, must include citations to the specific paragraph in the statement of facts that supports assertions

made in the memoranda regarding any material fact on which the party relies in support of or in opposition to the motion.

LRCiv 56.1(e).

Additionally, Rule 7.2 of the Local Rules of Civil Procedure provides your responsive memorandum to Defendants' motion for summary judgment "may not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts."

**IT IS THEREFORE ORDERED that** Plaintiff shall have thirty (30) days from the date this order is filed to file any response to Defendants' motion for summary judgment at ECF No. 162, including any supporting evidence and a separate statement of facts.

**IT IS FURTHER ORDERED that** Defendants shall file any reply within fifteen (15) days from the date Plaintiff's response is filed.

**IT IS FURTHER ORDERED that** the motion shall be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated this 21st day of May, 2024.

_____
Camille D. Bibles
United States Magistrate Judge