# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DaJuan Torrell Williams, | No. CV-22-00154-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| County of Yuma, et al., | |
| Defendants. | |

Having considered Plaintiff's Stipulated Motion to Extend Dismissal Deadline (Doc. 306), and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 306) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court must, without further notice, dismiss this case on **June 4, 2026**, with prejudice, unless prior thereto, a party withdraws from the settlement or files a motion to extend the dismissal deadline.

Dated this 29th day of May, 2026.

Michael T. Liburdi
United States District Judge